United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. PERRY, | Case No. C08-05621 JCS |
| Plaintiff(s), | |
| v. | **ORDER REASSIGNING CASE TO MAGISTRATE JUDGE NANDOR J. VADAS** |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

Plaintiff and Defendant have consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636 (c), and pursuant to the joint letter filed on January 22, 2009, consenting to the reassignment of this case to Magistrate Judge Nandor J. Vadas, IT IS HEREBY ORDERED that this case shall be reassigned to Magistrate Judge Nandor J. Vadas for all further proceedings. Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

All hearing dates presently scheduled before Magistrate Judge Spero are vacated and should be re-noticed for hearing before the judge to whom this case has been reassigned.

IT IS SO ORDERED.

Dated: January 23, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge