KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles J. Perry,<br><br>    Plaintiff,<br><br>    vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>    Defendant | Case No.:  08-5621 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Charles J. Perry may have an extension until April 30, 2009, in which to file plaintiff's Motion for Summary Judgment.

    This stipulation is entered into in order to provide sufficient time for Plaintiff to submit arguments and new evidence to the Defendant to allow the Defendant to ascertain the validity and importance of the evidence.

Dated:  April 10, 2009                  /s/ Kenneth J. Collins
                                        KENNETH J. COLLINS
                                        Attorney for Plaintiff

Dated:  April 10, 2009                  /s/ Leo Montenegro
                                        (as authorized by fax April 10, 2009)
                                        LEO MONTENEGRO
                                        Attorney for Defendant

-2-

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: 4/22/09
5  　　　　　　　　　　　　　　　　　　　　Hon. Nandor J. Vadas
   　　　　　　　　　　　　　　　　　　　　United States District Judge

-2-